IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JULIUS JOHN HAYDEN, III**                                          **PLAINTIFF**

**v.**                                              **CAUSE NO. 1:24-cv-00275-LG-RPM**

**TODD STEWART, et al.**                                     **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 6th day of January, 2025.

                                          s/ *Louis Guirola, Jr.*
                                          LOUIS GUIROLA, JR.
                                          UNITED STATES DISTRICT JUDGE